UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 02-20454-CR-GRAHAM

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

**CHARLES ARNOLD,**

    Defendant.
_____/

FILED by _____ D.C.
FEB - 6 2003
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

**V E R D I C T**

WE, THE JURY, find the Defendant, **CHARLES ARNOLD,**

As to Count 1 of the Indictment: __✓__ Not Guilty _____ Guilty

As to Count 2 of the Indictment: __✓__ Not Guilty _____ Guilty

As to Count 3 of the Indictment: __✓__ Not Guilty _____ Guilty

As to Count 4 of the Indictment: __✓__ Not Guilty _____ Guilty

As to Count 5 of the Indictment: __✓__ Not Guilty _____ Guilty

As to Count 6 of the Indictment: __✓__ Not Guilty _____ Guilty

As to Count 7 of the Indictment: __✓__ Not Guilty _____ Guilty

As to Count 8 of the Indictment: __✓__ Not Guilty _____ Guilty

As to Count 9 of the Indictment: __✓__ Not Guilty _____ Guilty

As to Count 10 of the Indictment: __✓__ Not Guilty _____ Guilty

As to Count 11 of the Indictment: __✓__ Not Guilty _____ Guilty

As to Count 12 of the Indictment: __✓__ Not Guilty ____ Guilty

As to Count 13 of the Indictment: __✓__ Not Guilty ____ Guilty

As to Count 14 of the Indictment: __✓__ Not Guilty ____ Guilty

As to Count 15 of the Indictment: __✓__ Not Guilty ____ Guilty

As to Count 16 of the Indictment: __✓__ Not Guilty ____ Guilty

SO SAY WE ALL

02·05·03 / 3:06 PM
DATE/TIME

*Deborah A. [signature]*
FOREPERSON