UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 02-20454-CR-GRAHAM

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

CHARLES ARNOLD,

        Defendant.
_____/



## JUDGMENT OF ACQUITTAL

**THIS MATTER** having come before the Court for criminal jury trial and the Jury having returned a unanimous verdict of not guilty as to Counts One through Sixteen of the Indictment, it is

**ORDERED AND ADJUDGED** that the Defendant, CHARLES ARNOLD, is hereby, deemed Not Guilty, it being further

**ORDERED** that any bond heretofore posted in this matter is Exonerated and Discharged forthwith.

**DONE AND ORDERED** in chambers at Miami, Florida, this 28th day of February, 2003.

                              DONALD L. GRAHAM
                              UNITED STATES DISTRICT JUDGE

Copies: Christopher Clark, AUSA
       Edward Nucci, AUSA
       James Henderson, Esq.
       Pretrial Services
       U. S. Marshal

